AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Sun Life Assurance Company,<br><br>Plaintiff(s)<br><br>v.<br><br>U.S. Bank National Association, as Securities Intermediary,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-01032-UNA<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Bank National Association
425 Walnut Street
Cincinnati, OH 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph C. Schoell
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmingotn, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NOV – 9 2016

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Delaware

Case Number: 16-01032-UNA

Plaintiff:
**SUN LIFE ASSURANCE COMPANY**

vs.

Defendant:
**U.S. BANK NATIONAL ASSOCIATION, AS SECURITIES INTERMEDIARY**

For:
Drinker Biddle & Reath, LLP
One Logan Square
Suite 2000
Philadelphia, PA 19103-6996

Received by Greentree Legal to be served on **U.S. BANK NATIONAL ASSOCIATION, 425 WALNUT STREET, CINCINNATI, OH 45202.**

I, Tracy Kirkman-Bey, being duly sworn, depose and say that on the **14th day of November, 2016 at 11:45 am, I:**

served a **CORPORATION** by delivering a true copy of the **CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **KATIE PAPATHANAS** as **UNIVERSAL BANKER, TELLER** for **U.S. BANK NATIONAL ASSOCIATION**, at the address of: **425 WALNUT STREET, CINCINNATI, OH 45202**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Caucasian, Height: 5'4", Weight: 130, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16 day of November, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Tracy Kirkman-Bey
Process Server

Greentree Legal
10925 Reed Hartman Highway
Suite 300
Cincinnati, OH 45242
(513) 891-8600

Our Job Serial Number: GRT-2016003249
Ref: 16-01032-UNA

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1g